Case 09-52749-NPO    Doc 45    Filed 04/02/10    Entered 04/02/10 10:16:34    Desc Main
Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Elise M. Townsend                                       Case No. 09-52749-NPO
                                                                Chapter 7

To Attorney:  James Ray Mozingo
              jmozingo@kmqlaw.com

### Notice of Returned Mail

Please be advised, that mail was returned, for Elise M. Townsend, on 3/29/2010. *(See docket entry #40.)* Please forward a copy of the returned document(s) to the debtor(s) and file a statement of address change, by completing the bottom portion of this notice and file it electronically using the docket event: Bankruptcy > Other > Notice of Change of Address.

Thank you for your prompt attention regarding this matter.

Dated:  April 1, 2010                    DANNY L. MILLER, CLERK

                                         By:   /s/Debby Dellenger
                                               Deputy Clerk

---

### *** NEW MAILING ADDRESS ***

*If the mailing address is a post office box, you are also required to furnish the physical address information.*

IN RE: Elise M. Townsend              CASE NO. 09-52749-NPO

**NAME(S):**            Elise M. Townsend
**ADDRESS:**            211 Fernwood Dr.
**CITY, STATE, & ZIP:** Pass Christian, MS  39571-2200

### *** NEW PHYSICAL ADDRESS ***

**ADDRESS:**            1001 E. Mitchell
**CITY, STATE & ZIP:**  Tucson, AZ  85719